AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__



FILED
SEP 02 2021
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| United States | | |
|---|---|---|
| | Plaintiff (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | | |
| Maximiliano Rios Ruiz | | CASE NUMBER: 1-20-CR-00093 |
| | Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Maximiliano Rios Ruiz__ substitutes
(Party (s) Name)

__Jane A. Boulger__, State Bar No. __207977__ as counsel of record in
(Name of New Attorney)

place of __Richard Bechwate__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Office of Jane A. Boulger
Address: 2014 Tulare Street, Ste. 207 Fresno, CA 93721
Telephone: (559) 216-0404           Facsimile _____
E-Mail (Optional): jab@fights4justice.com

I consent to the above substitution.
Date: 8/17/2021

(Signature of Party (s))

I consent to being substituted.
Date:

(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 8/17/2021

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/2/21

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]