PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>MAXIMILIANO WILFRIDO RIOS RUIZ,<br><br>             Defendants. | CASE NO. 1:20-CR00093 JLT-SKO<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS<br><br>COURT: Hon. Barbara A. McAuliffe |

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee:     Jerry Cisneros

Detained at (custodian):

   Fresno County Jail

Detainee is:

a.)    ☒ charged in this district by:        X Indictment  ☐ Information  ☐ Complaint

       charging detainee with: _____Title 21 U.S.C. §§ 846, 841(a)(1) and 841(a)(1); 18 U.S.C. § 924(c)

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

WRIT OF HABEAS CORPUS                                               1

Detainee will:

a.)    X return to the custody of detaining facility upon termination of proceedings

or    b.)    [ ] be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on May 1, 2023, at 10:00 a.m. in the Eastern District of California.

Signature:               /s/ Justin J. Gilio
Printed Name & Phone No:    Justin J. Gilio
Attorney of Record for:      United States of America

Dated: April 24, 2023                   PHILLIP A. TALBERT
                                        United States Attorney

                                   By:  /s/ JUSTIN J. GILIO
                                        JUSTIN J. GILIO
                                        Assistant United States Attorney

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on May 1, 2023*, for an appearance at *10:00 a.m* and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 4/24/23

*B. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if applicable): | ☒ Male  ☐ Female |
| Booking or CDC: 2117468 | DOB: 10/12/1995 |
| Facility Address: 1225 M St, Fresno, CA 93721 | Race: Hispanic |
| Facility Phone: | FBI#: |
| Currently Incarcerated For: | |

**RETURN OF SERVICE**

Executed on: _____

_____
(signature)

WRIT OF HABEAS CORPUS                    3