**FILED**
May 02, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMILIANO WILFRIDO RIOS RUIZ,<br><br>Defendant. | CASE NO. 1:20-CR00093 JLT-SKO<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS<br><br>COURT: Hon. Erica P. Grosjean |

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee:    Maximiliano Wilfrido Rios Ruiz

Detained at (custodian):

   Fresno County Jail

Detainee is:

a.)    ☒ charged in this district by:        X Indictment   ☐ Information   ☐ Complaint

          charging detainee with: _____Title 21 U.S.C. §§ 846, 841(a)(1) and 841(a)(1); 18 U.S.C. § 924(c)

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

WRIT OF HABEAS CORPUS                                    1

Detainee will:

    a.)    X return to the custody of detaining facility upon termination of proceedings

or    b.)    [ ] be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on August 14, 2023, at 10:00 a.m. in the Eastern District of California.

|  |  |
|---|---|
| Signature: | /s/ Justin J. Gilio |
| Printed Name & Phone No: | Justin J. Gilio |
| Attorney of Record for: | United States of America |

Dated: May 2, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on August 14, 2023*, for an appearance at *10:00 a.m* and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **May 2, 2023**

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| Field | Value | Field | Value |
|---|---|---|---|
| AKA(s) (if applicable): | | | ☒ Male   ☐ Female |
| Booking or CDC | 2117468 | DOB: | 10/12/1995 |
| Facility Address: | 1225 M St, Fresno, CA 93721 | Race: | Hispanic |
| Facility Phone: | | FBI#: | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on: _____

(signature)

WRIT OF HABEAS CORPUS                    3