UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMILIANO W. RIOS RUIZ,<br><br>Defendant. | Case No.: 1:20-CR-00093-2-JLT;<br>Appeal No: 23-2005<br><br>**ORDER APPOINTING COUNSEL** |

The defendant has sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied the Court that he is financially unable to obtain counsel and wishes the Court to appoint him counsel. Therefore, in the interests of justice and pursuant to the U.S. Const., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Benjamin P. Lechman is appointed to represent the defendant on appeal, effective *nunc pro tunc* to September 19, 2023. This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated:   **September 29, 2023**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE