# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAXIMILIANO WILFRIDO RIOS RUIZ,<br><br>　　　　Defendant. | Case No. 1:20-cr-00093-JLT-SKO-2<br><br>ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY<br><br>**FOURTEEN DAY DEADLINE** |

　　　　A detention hearing as to Defendant Maximiliano Wilfrido Rios Ruiz was held on December 22, 2020. (ECF No. 116.) Defendant was ordered released with conditions, including surrendering his passport and securing a $10,000 bond, which included $4,000 in cash and $6,000 secured by the titled of a 2011 Chevrolet Equinox. (ECF Nos. 121, 124.) On December 28, 2020, Francisca Ruiz Vasquez posted a cash bond in the amount of $4,000 (Receipt # CAE100047280). (ECF No. 126.) Defendant was advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 122 at 2.)

　　　　On May 1, 2023, Defendant entered a guilty plea to charged offenses pursuant to a written plea agreement. (ECF Nos. 176, 180.) On August 14, 2023, Defendant was sentenced and remanded to the custody of the United States Marshal. (ECF No. 193.) Defendant is not

currently in federal custody.[1]  Rather, the Court takes judicial notice of the fact Defendant is currently being held in the Fresno County Jail on state charges with a federal detainer.[2]

The Court shall order the Government to show cause in writing within **fourteen (14) days** of entry of this order why the $4,000 appearance bond should not be released to the surety. If the Government does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court directing the Clerk of Court to return the bond to the address of the surety on file.

IT IS SO ORDERED.

Dated:  **August 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] See United States v. Basher, 629 F.3d 1161, 1165 & n.2 (9th Cir. 2011) (taking judicial notice of publicly available information from the Federal Bureau of Prisons Inmate Locator).

[2] Fresno County Sheriff's Office, Inmate Search, https://www.fresnosheriff.org/units/records/inmate-search.html (last visited August 11, 2025).