# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00093-JLT-SKO-2 |
| Plaintiff, | ORDER EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY |
| v. | |
| MAXIMILIANO WILFRIDO RIOS RUIZ, | |
| Defendant. | |

A detention hearing as to Defendant Maximiliano Wilfrido Rios Ruiz was held on December 22, 2020. (ECF No. 116.) Defendant was ordered released with conditions, including surrendering his passport and securing a $10,000 bond, which included $4,000 in cash and $6,000 secured by the titled of a 2011 Chevrolet Equinox. (ECF Nos. 121, 124.) On December 28, 2020, Francisca Ruiz Vasquez posted a cash bond in the amount of $4,000 (Receipt # CAE100047280). (ECF No. 126.) Defendant was advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 122 at 2.)

On May 1, 2023, Defendant entered a guilty plea to charged offenses pursuant to a written plea agreement. (ECF Nos. 176, 180.) On August 14, 2023, Defendant was sentenced and remanded to the custody of the United States Marshal. (ECF No. 193.) Defendant is not

currently in federal custody.[1]  The Court takes judicial notice of the fact Defendant is currently being held in the Fresno County Jail on state charges with a federal detainer.[2]

On August 12, 2025, the Court ordered the Government to show cause in writing within fourteen days why the bond should not be released to the surety.  (ECF No. 278.)  The Court advised that "[i]f the Government does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court directing the Clerk of Court to return the bond to the address of the surety on file."  (Id. at 2.)  The Government did not file a response and the deadline to do so has expired.

The Court finds that Defendant has complied with the conditions of his bond and that no conditions remain to be satisfied.

Accordingly, IT IS HEREBY ORDERED THAT the $4,000 appearance bond posted by Francisca Ruiz Vasquez on behalf of Maximiliano Wilfrido Rios Ruiz is exonerated. The Clerk of Court is DIRECTED to serve a copy of this order on the surety and return the $4,000 appearance bond to the address on record.

IT IS SO ORDERED.

Dated:   **August 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] See United States v. Basher, 629 F.3d 1161, 1165 & n.2 (9th Cir. 2011) (taking judicial notice of publicly available information from the Federal Bureau of Prisons Inmate Locator).

[2] Fresno County Sheriff's Office, Inmate Search, https://www.fresnosheriff.org/units/records/inmate-search.html (last visited August 28, 2025).